# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Tonianne J. Bongiovanni |
| v. | Mag. No. 17-5008 (TJB) |
| RACHEL SOROTZKIN and MORDECHAI SOROTZKIN | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Molly S. Lorber, Assistant U.S. Attorney), and defendant Rachel Sorotzkin through her attorney, Peter Katz, Esq., for an order granting a continuance of the proceedings in the above-captioned matter so that the defendant, who has submitted an application for Pretrial Diversion, which has now been reviewed by United States Pretrial Services, will have an opportunity further discuss with the United States Attorney's Office the conditions which would be required of her during participation in the Pretrial Diversion program; and the defendant being aware that she has the right to have the matter submitted to a grand jury within thirty days of the date of her initial appearance pursuant to Title 18, United States Code, Section 3161(b); and the defendant, whose attorney has signed below, having consented to the continuance and waived such right; and this being the tenth continuance sought by the parties, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant, whose attorney has signed below, through her counsel, has submitted an application for Pretrial Diversion, and has requested additional time to allow for all

appropriate review of the application, and discussions concerning the terms of her participation in the program to take place;

(2) The United States and the defendant have jointly represented that the parties desire additional time to discuss a pre-indictment resolution to this matter, including the possibility of Pretrial Diversion, which would render any subsequent trial of this matter unnecessary; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 30 day of August, 2018,

ORDERED that this action be, and it hereby is, continued from the date hereof through and including October 1, 2018; and it is further

ORDERED that the period from the date hereof through and including October 1, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Form and entry consented to:

Molly S. Lorber
Assistant U.S. Attorney

Peter Katz, Esq.
Counsel for defendant Rachel Sorotzkin

Fabiana Pierre-Louis
Attorney-In-Charge
Trenton Office